# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Jason S. Oliver
direct dial: 212.589.4649
joliver@bakerlaw.com

August 26, 2019

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *InnoBrilliance, LLC v. L3 Technologies, Inc.*, Civil Action No. 1:19-cv-05261-VSB

Dear Judge Broderick:

We represent Defendant L3 Technologies, Inc. ("L3") in this matter. In accordance with Your Honor's Individual Practices, we write to respectfully request an extension of time to September 27, 2019 to answer, move, or otherwise respond to Plaintiff's complaint.

After receiving two extensions from the Court (ECF Nos. 12 and 14), L3's responsive pleading is currently due on August 28, 2019. This is therefore L3's third request for an extension. Plaintiff's counsel consents to the requested extension.

The requested time extension will assist L3 in evaluating Plaintiff's claims and determining defenses in connection with this complex patent infringement matter. L3's investigation into the allegations in the Complaint have been complicated by the recent sale of the product line accused of patent infringement. Since the Court granted L3's last request for an extension, the parties have had settlement discussions and exchanged settlement proposals, and will continue to do so during the requested extension. We therefore respectfully request an additional four weeks to respond to the allegations in the Complaint so that the parties may continue settlement discussions to determine whether a full resolution is possible.

In light of the above, L3 respectfully requests that its request for an extension to September 27, 2019 to answer, move, or otherwise respond to the complaint be granted. Should Your Honor have any questions, please do not hesitate to contact me.

Honorable Vernon S. Broderick
August 26, 2019
Page 2

Respectfully submitted,

*/s/ Jason S. Oliver*

Jason S. Oliver

cc:   Isaac Rabicoff, Esq. (*via ECF*)
      William C. Bergmann, Esq.